**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> NADIA PECK <br><br> Debtor(s) | Case No. 16-25874 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/11/2016.

2) The plan was confirmed on 12/19/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/15/2017.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $1,275.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,275.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,156.23 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $58.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,214.88

Attorney fees paid and disclosed by debtor:    $28.24

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A TAST OF CALIFORNIA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AIT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ALEGIS GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ALLERIAL COMPANY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AVON | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BATH AND BODY WORKS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BRENNAN & CLARK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CBA COLLECTION BUREAU | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT SERV | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHECK RITE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PUBLIC SCHOOLS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 9,000.00 | 7,760.65 | 7,760.65 | 0.00 | 0.00 |
| COLLECTION BUREAU OF AMERICA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1.00 | 1,505.28 | 1,505.28 | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY SI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CROSSCHECK INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DENTAL PROFILE HYDE PARK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EMPRESS CASINO HAMMOND | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ENHANCED RECOVERY CO L | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATL BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| HIGHLAND PARK HOSPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 9,999.00 | 1,502.63 | 1,502.63 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 1.00 | 3,440.82 | 3,440.82 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY CREDIT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 13,000.00 | 3,421.52 | 3,421.52 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | 15,935.88 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 128.54 | 128.54 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 15,935.88 | 15,935.88 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1.00 | 997.90 | 997.90 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 419.00 | 419.98 | 419.98 | 0.00 | 0.00 |
| JEROME JAMES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1.00 | 587.01 | 587.01 | 0.00 | 0.00 |
| MARSHALL SALON | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MERCHANT DIRECT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| METRA TICKET COLLECTION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL REESE HOSPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN GUARANTY AGENCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MICROSOFT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1.00 | 730.00 | 730.00 | 0.00 | 0.00 |
| NORDSTROM | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 59.00 | 59.39 | 59.39 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1.00 | 524.99 | 524.99 | 0.00 | 0.00 |
| QCS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1.00 | 403.12 | 403.12 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 272.76 | 272.76 | 0.00 | 0.00 |
| ROI SERVICES INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SAVING OUR SON MINISTRY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday.com | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM MUTUAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Target Card Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| THE HARTFORD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TIBURON FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TIMOTHY LIOU | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Secured | 500.00 | 500.00 | 500.00 | 58.77 | 1.35 |
| TITLEMAX OF ILLINOIS | Unsecured | NA | NA | 1,606.52 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYSICIA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SKOKIE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Walgreen's Corp. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WEST ASSET MANAGEMENT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ZALUTSKY & PINSKI LTD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $500.00 | $58.77 | $1.35 |
| All Other Secured | $15,935.88 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,435.88** | **$58.77** | **$1.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,862.34 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,862.34** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,434.65** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,214.88 |
| Disbursements to Creditors | $60.12 |
| **TOTAL DISBURSEMENTS:** | **$1,275.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/14/2017                           By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**